AO 83®Rev.12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| VS. | |
| DEMECUS DEVONE MCMILLAN | CASE NUMBER: 7:11-CR-154-2D(3) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

PLACE:   United States Courthouse
         2 Princess Street
         Wilmington, NC 28401

Courtroom: #2

DATE AND TIME: Wednesday December 14, 2011 at 10:30am

BEFORE: United States Magistrate Judge Robert B. Jones, Jr.

To answer an X INDICTMENT _ Information _Complaint _ Violation Notice __Probation Violation Petition__Supervised Release Revocation

BRIEF DESCRIPTION:

Count 1 - Conspiracy - 18 U.S.C. § 371

HAVE DEFENDANT TO APPEAR @ 8:00AM TO MEET WITH US PROBATION OFFICER.

| | |
|---|---|
| /s/ K. M— | November 21, 2011, Raleigh, NC |
| Signature of Issuing Officer by Deputy Clerk | Date and Place |

DENNIS IAVARONE, CLERK OF COURT
Name of Title of Issuing Officer

**AO83(REV. 12/85 SUMMONS IN A CRIMINAL CASE**

| | |
|---|---|
| SERVICE WAS MADE BY ME ON | DATE |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

      Served personally upon the defendant at:

      Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

      Returned unexecuted:

      I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Return of Service is true and correct.

**Returned on**

| | |
|---|---|
| Date | Name of United States Marshal |
| | (By) Deputy United States Marshal |

**Remarks:**