UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-154-D2

| UNITED STATES OF AMERICA | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
|---|---|
| v. | |
| DEMECUS McMILLAN | |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to extend the pretrial motions deadline 30 days, and for good cause shown, it is hereby ORDERED that said deadline for filing pretrial motions shall be continued until _February 14_, 2012. This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

This 24 day of January, 2012.

JAMES C. DEVER, III
CHIEF DISTRICT COURT JUDGE

1