UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

# THE HONORABLE JAMES C. DEVER III
# CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

The **POLICY** for filing a **MOTION TO CONTINUE ANY HEARING** must be filed by noon on the Wednesday preceding the court term beginning on Monday - per Judge James C. Dever III. Motions to continue filed after the Wednesday noon deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

# CRIMINAL SESSION COMMENCING ON TUESDAY, FEBRUARY 21, 2012 AT 9:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar**

| NAME | | PAGE | FILE NO. |
|---|---|---|---|
| **ARRAIGNMENTS** | | | |
| **HILL,** Selenia | (Bond) | 1 | 5:11-CR-319-2-D |
| AUSA: Kimberly A. Moore | | | |
| ATTY: A. Robert Bell III | | | |
| | | | |
| **SARVIS,** Willis | (Custody) | 2 | 7:11-CR-83-1-D |
| AUSA: Charity L. Wilson | | | |
| ATTY: Cindy J. Bembry | | | |
| | | | |
| **RIVERA,** Katie Ann | (Bond) | 3 | 7:11-CR-129-1-D |
| AUSA: Jane J. Jackson | | | |
| ATTY: Jennifer A. Dominguez | | | |
| | | | |
| **BLUE,** Kendall Ladell | (Custody) | 4 | 7:11-CR-135-1-D |
| AUSA: Rudy E. Renfer | | | |
| ATTY: Dennis H. Sullivan, Jr. | | | |

**LEWIS,** Lionel (Custody) 5 7:11-CR-152-1-D
    AUSA: Timothy M. Severo
    ATTY: Edwin L. West III

**MCMILLAN,** Demecus Devone (Bond) 6 7:11-CR-154-2-D
    AUSA: Kimberly A. Moore
    ATTY: Raymond C. Tarlton

**DUFF,** Lonnie Clark (Custody) 7 7:11-CR-155-1-D
    AUSA: Denise Walker
    ATTY: Joseph E. Zeszotarski, Jr.

### PLEA TO CRIMINAL INFORMATION
**SEALED DEFENDANT** 8 5:12-CR-1-D
    AUSA: William M. Gilmore
    ATTY: Robert Edward Nunley

**SEALED DEFENDANT** (Bond) 9 5:12-CR-17-1-D
    AUSA: Banu Rangarajan
    ATTY: Jonathan Mark Herring

### WEDNESDAY, FEBRUARY 22, 2012 AT 9:00 A.M.
### SENTENCING
**STANCIL,** Derrick Lamont (Custody) 4:11-CR-62-1-D
    AUSA: Timothy M. Severo
    ATTY: Dhamian A. Blue

**SMITH JR.,** Edgar Theodore (Bond) 5:11-CR-78-1-D
    AUSA: Banu Rangarajan
    ATTY: Kieran J. Shanahan / Melissa Lynn

### RE- SENTENCING ON REMAND
**WILLIAMS,** Terrance Antwan (Custody) 5:08-CR-160-1-D
    AUSA: Denise Walker
    ATTY: Debra C. Graves

**REVOCATION OF SUPERVISED RELEASE**
**PERSON,** Timothy Leon           (Custody)                    4:08-CR-11-1-D
    AUSA: John H. Bennett
    ATTY: George Mason Oliver / Halerie F. Mahan


**WEDNESDAY, FEBRUARY 22, 2012 AT 1:00 P.M.**
**SENTENCING**
**PERRI,** Sy Arthur                (Custody)                    5:11-CR-211-1-D
    AUSA: Tobin W. Lathan
    ATTY: Katherine E. Shea

**BAEZ,** Michael                   (Custody)                    5:11-CR-244-1-D
    AUSA: Gaston Williams
    ATTY: Gale M. Adams

**POPKE,** Matthew Kenneth          (Custody)                    5:11-CR-248-1-D
    AUSA: Joe Exum
    ATTY: Jennifer A. Dominguez

**HOLMES,** Isaac Antwan            (Custody)                    7:11-CR-26-1-D
    AUSA: Timothy M. Severo
    ATTY: Rosemary Godwin


END OF CALENDAR