# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

The **POLICY** for filing a **MOTION TO CONTINUE ANY HEARING** must be filed by noon on the Wednesday preceding the court term beginning on Monday - per Judge James C. Dever III.  Motions to continue filed after the Wednesday noon deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON MONDAY, MARCH 19, 2012 AT 9:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar**

| NAME | | PAGE | FILE NO. |
|---|---|---|---|
| **ARRAIGNMENTS** | | | |
| **ROJAS,** Martin | (Custody) | 1 | 4:12-CR-8-3-D |
| **\*\*INTERPRETER NEEDED** | | | |
| AUSA: William Glenn Perry | | | |
| ATTY: Sonya M. Allen | | | |
| | | | |
| **BARRON-ROEL,** Julio Cristhian | (Custody) | 2 | 5:12-CR-8-1-D |
| **\*\*INTERPRETER NEEDED** | | | |
| AUSA: Sebastian Kielmanovich | | | |
| ATTY: Andrea T. Barnes | | | |
| | | | |
| **SPENCE,** Demetrius | (Custody) | 3 | 2:11-CR-4-1-D |
| AUSA: Denise Walker | | | |
| ATTY: A. Patrick Roberts | | | |
| | | | |
| **JOYNER,** Jeffrey Bernard | (Custody) | 4 | 4:11-CR-78-1-D |
| AUSA: William Glenn Perry | | | |
| ATTY: Leza Lee Driscoll | | | |

**BELL,** Tinnius Remone     (Custody)     5     4:11-CR-123-1-D
      AUSA: Augustus D. Willis
      ATTY: Mary Jude Darrow

**BLAIR,** Angela A.     (Custody)     6     5:11-CR-84-1-D
      AUSA: David A. Coleman
      ATTY: Jennifer A. Dominguez

**HUNTER,** Jimmy Eliab     (Custody)     7     5:11-CR-204-1-D
      AUSA: Kimberly A. Moore
      ATTY: Curtis Scott Holmes

**HILL,** Selenia     (Bond)     8     5:11-CR-319-2-D
      AUSA: Kimberly A. Moore
      ATTY: A. Robert Bell, III

**HICKS,** Kenya     (Custody)     9     5:11-CR-370-1-D
      AUSA: Timothy M. Severo
      ATTY: Joseph L. Ross, II

**JONES,** Randy Wesley     (Custody)     10     5:12-CR-4-1-D
      AUSA: Nathan A. Huff
      ATTY: Sonya M. Allen

**TEW,** William Francis     (Custody)     11     5:12-CR-7-1-D
      AUSA: Rudy E. Renfer
      ATTY: Gale M. Adams

**VAUGHN JR.,** John Thomas     (Custody)     12     7:11-CR-85-1-D
      AUSA: Timothy M. Severo
      ATTY: Brett T. Wentz

**WILLIAMS,** Frederick Devone     (Custody)     13     7:11-CR-150-1-D
      AUSA: Timothy M. Severo
      ATTY: R. Clarke Speaks

**CRAWFORD,** Kendrick O'Brian     (Custody)     14     7:11-CR-151-1-D
      AUSA: Timothy M. Severo
      ATTY: Andrea T. Barnes

**FAISON,** Brandon Antonio     (Bond)     15     7:11-CR-154-1-D
      AUSA: Kimberly A. Moore
      ATTY: Dhamian A. Blue

**MCMILLIAN,** Demecus Devone  (Bond)          16          7:11-CR-154-2-D
          AUSA: Kimberly A. Moore
          ATTY: Raymond C. Tarlton


## PLEA TO CRIMINAL INFORMATION
**GREGORY,** Troy Richard                      17          5:12-CR-46-1-D
          AUSA: Banu Rangarajan
          ATTY: F. Hill Allen, IV


## MONDAY, MARCH 19, 2012 AT 3:00 P.M.
## SENTENCING
**HASSEN,** Abdullah Ali              (Bond)               5:11-CR-307-1-D
          AUSA: James B. Blanton
          ATTY: E.J. Hurst


## TUESDAY, MARCH 20, 2012 AT 9:00 A.M.
## SENTENCING
**BROWN,** Elmer Kermit               (Custody)           2:11-CR-35-1-D
          AUSA: Denise Walker
          ATTY: William Andrew LeLiever

**FOY JR.,** Enoch Randolph           (Bond)              4:11-CR-100-1-D
          AUSA: Banu Rangarajan
          ATTY: James A. Martin

**JOHNSON,** Christopher Jerome       (Custody)           5:11-CR-8-1-D
          AUSA: Nathan A. Huff
          ATTY: Mark E. Edwards

**DOVE JR.,** Derrick                 (Custody)           5:11-CR-217-3-D
          AUSA: Ethan A. Ontjes
          ATTY: Daniel James Dolan


## WEDNESDAY, MARCH 21, 2012 AT 3:30 P.M.
## SENTENCING
**MCCOY,** Alfonza                    (Custody)           5:11-CR-238-1-D
          AUSA: Nathan A. Huff
          ATTY: Myron T. Hill, Jr.

**THURSDAY, MARCH 22, 2012 AT 9:00 A.M.**
<u>SENTENCING</u>

**DIXON,** Helen Taylor                        (Bond)                        5:11-CR-238-3-D
    AUSA: Nathan A. Huff
    ATTY: Thomas Jefferson Carmon, III


**BRIDGERS,** Laverne                        (Bond)                        5:11-CR-238-4-D
    AUSA: Nathan A. Huff
    ATTY: James Stockton Perry


**CORBIN,** Vincent Lamar                        (Custody)                        5:11-CR-278-1-D
    AUSA: S. Katherine Burnette
    ATTY: Jennifer A. Dominguez


**POPKE,** Matthew Kenneth                        (Custody)                        5:11-CR-248-1-D
    AUSA: Joe Exum
    ATTY: Jennifer A. Dominguez



END OF CALENDAR