UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:11-CR-154-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMECUS DEVONE MCMILLAN | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, June 18, 2012, in Raleigh. The case is hereby CONTINUED to _August 2012_ in _Raleigh_, North Carolina.

This _23_ day of _May_ 2012.

James C. Dever III
Chief U.S. District Judge