UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Probation

| | | | |
|---|---|---|---|
| Name of Offender: | Demecus Devone McMillan | Case Number: | 7:11-CR-154-2D |
| Name of Sentencing Judge: | Honorable James C. Dever III | | |
| Date of Original Sentence: | August 29, 2012 | | |
| Original Offense: | Conspiracy to Make False Statements to a Firearms Dealer During the Acquisition of Firearms, in violation of 18 U.S.C. § 371 | | |
| Original Sentence: | 60 months probation | | |
| Type of Supervision: | Probation | Supervision Started: | 8/29/2012 |
| Defense Attorney: | Raymond C. Tarlton | | |

EARLIER COURT ACTION

9/30/2014     On September 30, 2014, a Violation Report was submitted to the court reporting that the defendant was charged with Felony Larceny and Possession of Stolen Goods/Property in Duplin County, North Carolina. At that time, the probation officer recommended, and the court agreed, that no action be taken pending disposition of the charges. Those charges were voluntarily dismissed by the Duplin County District Attorney's Office on January 14, 2016.

PETITIONING THE COURT

Violation 1 -     Criminal conduct.

On March 21, 2016, the defendant was charged with Felony Carrying a Concealed Gun and Misdemeanor Carrying a Concealed Weapon after a traffic stop initiated by the Warsaw Police Department in Duplin County, North Carolina. During a search of the vehicle, the officer from the Warsaw Police Department discovered a Glock 9 mm firearm (unloaded), a box of ammunition, and a 30-round magazine in the glove compartment. The defendant was released on a $20,000 unsecured bond and the charges remain pending in Duplin County District Court (16CR050565). The defendant was found to have a

In view thereof, we respectfully petition the court to schedule a hearing, issue a notice to the defendant, and recommend that the term of supervision be revoked.

This the 23rd day of March, 2016.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Kristyn Super |
| Robert L. Thornton | Kristyn Super |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5104 |
| | Executed On: March 23, 2016 |