UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:11-CR-154-2D

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Demecus Devone McMillan** | ) | |
| | ) | |

On August 29, 2012, Demecus Devone McMillan appeared before the Honorable James C. Dever III, Chief U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Make False Statements to a Firearms Dealer During the Acquisition of Firearms, in violation of 18 U.S.C. § 371 was sentenced to 60 months of probation.

From evidence presented at the revocation hearing on May 5, 2016, the court finds as a fact that Demecus Devone McMillan, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 months.

**IT IS RECOMMENDED** that the defendant be designated to FCI-Butner, and that he receive vocational and educational training opportunities and a mental health evaluation.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6th day of May, 2016.

James C. Dever III
Chief U.S. District Judge